DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

TYRONE ROGERS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-1908

_____

September 24, 2021

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Sarasota County; Rochelle T. Curley, Judge.

PER CURIAM.

Affirmed. *See Rogers v. State*, 293 So. 3d 1005 (Fla. 2d DCA 2020) (table decision); *McDonald v. State*, 133 So. 3d 530 (Fla. 2d DCA 2013); *Hughes v. State*, 22 So. 3d 132 (Fla. 2d DCA 2009);

*Valdez-Garcia v. State*, 965 So. 2d 318 (Fla. 2d DCA 2007); *Harris v. State*, 789 So. 2d 1114 (Fla. 1st DCA 2001).

CASANUEVA, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.